UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>       CARMEN BAILEY<br><br>            Debtor<br><br><br><br> CARMEN BAILEY<br>       Plaintiff<br>vs.<br><br> WELLS FARGO BANK, NA<br>       Defendant | Chapter 13<br><br>Case No. 09-44760<br><br><br><br>Adversary Proceeding No.<br>**09-AP-04190** |

### PLAINTIFF'S MOTION FOR EXPEDITED RECONSIDERATION OF MOTION FOR  EX PARTE TEMPORARY RESTRAINING ORDER

NOW COMES THE PLAINTIFF and moves that the court reconsider it's decision of November 24, 2009 denying as moot Plaintiff's Motion for Ex Parte Temporary Restraining Order against the Defendant that it cease and desist from executing or delivering or recording a foreclosure deed as a result of the purported sale on October 23, 2009.

As reasons therefore, Plaintiff says that the mootness issue has been resolved after the dismissal of Plaintiff's underlying bankruptcy case was vacated on November 24, 2009.

WHEREFORE Plaintiff prays the Court reconsider Plaintiff's Motion and grant a Temporary Restraining Order enjoining the Defendant to cease and desist from executing or delivering or recording a foreclosure deed as a result of the purported sale on October 23, 2009 until further order of the Court.

Dated:  November 24, 2009

CARMEN BAILEY
BY HER ATTORNEY:

    /s/ Michael J. Tremblay_____
MICHAEL J. TREMBLAY,   BBO 502133
277 Main St.
Marlborough, MA 01752
Tel. 508-485-4500
Fax. 508-449-3969
Email:  attorney@tremblay.com