UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Chapter 13
Case No. 09-44760
Adversary Proceeding No. 09-04190

| |
|---|
| In re: <br><br> **Carmen Bailey** <br><br> Debtor <br><br> --- <br><br> **Carmen Bailey** <br> Plaintiff <br><br> vs. <br><br> **Wells Fargo Bank, NA** <br>     Defendant. |

## DEFENDANT, WELLS FARGO BANK, NA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Now comes the Defendant, Wells Fargo Bank, NA (hereinafter "Wells") and moves that this Honorable Court dismiss the Complaint pursuant to Mass R. Civ. P. Rule 12(b)(6) as Plaintiff fails to state a claim against Wells for which relief can be granted. As further support for this motion, Wells refers to the attached Memorandum in Support of its Motion to Dismiss Complaint, filed herewith.

Wherefore, Wells requests that the Complaint be dismissed as against Wells and grant Wells such further relief as is appropriate and just.

Respectfully submitted,
**WELLS FARGO BANK, NA**
By its attorney,

/s/ Christine A. Murphy
Christine A. Murphy, Esq.
BBO # 643334
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0389
(617) 558-0500

DATED February 9, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>Carmen Bailey | Ch. 13 Case No. 09-44760<br>Ad. Pro. No.: 09-04190 |

## CERTIFICATE OF SERVICE

     I, Christine A. Murphy, state that on February 9, 2010 I electronically filed the foregoing Defendants' Wells Fargo Bank's Motion to Dismiss Plaintiff's Complaint and Certificate of Service with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CM/ECF participants:

Michael J. Tremblay
277 Main Street
Marlborough, MA 01752

/s/ Christine A. Murphy, Esquire
Christine A. Murphy, Esquire
BBO#643334

February 9, 2010